John Kaminski, Sr., and Victoria Kaminski, Plaintiffs,
v. Joseph Rymek, Walter Ohler, Violet Rymek,
and Virginia Ohler, as Co-Trustees under Trust
Agreement Dated March 30, 1954, as Trust #1–A,
Defendants.
Victoria Kaminski, Appellant, v. Walter Ohler, Violet
Rymek, and Virginia Ohler, as Co-Trustees under
Trust Agreement Dated March 30, 1954, as Trust
#1–A, Appellees.

Gen. No. 46,835. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

Stanley
Werdell, and Joseph J. Gasior, for appellant; Johnson, Sandberg
and McGrath, for all appellees, and Wachowski and Wachowski,
for Joseph Rymek, certain appellee. Opinion by PRESIDING
JUSTICE FRIEND. Not to be published in full.